# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JAMES C. CHANDLER**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 13-CV-00775-C |
| **MONUMENTAL LIFE INSURANCE COMPANY**, a foreign for-profit corporation, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff James C. Chandler and Defendant Monumental Life Insurance Company, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), jointly stipulate to the dismissal of this action with prejudice. Each party will bear its own costs and attorneys' fees.

WHEREFORE, upon consideration, the parties hereto stipulate that this case filed on behalf of Plaintiff James C. Chandler, against named Defendant Monumental Life Insurance Company, be dismissed with prejudice.

Respectfully submitted,

s/Matthew K. Felty

Michael C. Felty, OBA No. 10804
Matthew K. Felty, OBA No. 31057
**LYTLE, SOULÉ & CURLEE, P.C.**
1200 Robinson Renaissance
119 N. Robinson Avenue
Oklahoma City, OK 73102
felty@lytlesoule.com
mkfelty@lytlesoule.com
(405) 235-7471 – Telephone
(405) 232-3852 – Fax

***Attorneys for Plaintiff James C. Chandler***

and

s/Timila S. Rother

Timila S. Rother, Esq.
Alison M. Howard, Esq,
Elizabeth Scott, Esq.
**CROWE & DUNLEVY, P.C.**
20 N. Broadway, Suite 1800
Oklahoma City, OK 73102
(405) 235-7700 – Telephone
(405) 239-6651 – Facsimile
elizabeth.scott@crowedunlevy.com
timila.rother@crowedunlevy.com
alison.howard@crowedunlevy.com

***Attorneys for Defendant Monumental Life Insurance Company***